IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DERRICK ARNOLD, #230 214, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:19-CV-62-WKW |
| ) | [WO] |
| STATE OF ALABAMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On February 28, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been made. (Doc. # 5.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 5) is ADOPTED and that this case is TRANSFERRED to the United States District Court for the Northern District of Alabama under 28 U.S.C. § 1404.

DONE this 29th day of April, 2019.

                                                /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE